IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 09-cv-01894-JLK-MJW

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

$19,466.37 IN UNITED STATES CURRENCY,

Defendant(s).

ORDER SETTING STATUS CONFERENCE

It is HEREBY ORDERED that a Status Conference is set on July 8, 2010, at 8:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Date: June 21, 2010