IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 09-cv-01894-JLK-MJW

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

$19,466.37 IN UNITED STATES CURRENCY,

Defendant(s).

MINUTE ORDER

Based upon notification from Mr. James Russell, counsel for the plaintiff in this action on July 7, 2010, advising the court that the parties have reached a settlement as to all issues in this matter, it is hereby **ORDERED** that the Status Conference set on July 8, 2010, at 8:00 a.m., is VACATED. The parties shall submit their notice of settlement to the court forthwith. The parties shall file a Joint or Stipulated Motion to Dismiss this case on or before July 30, 2010.

It is FURTHER ORDERED that the Defendant's Motion for Leave to Appear at the July 8, 2010 Status Conference Via Telephone, DN 14, is DENIED as MOOT.

Date: July 7, 2010