IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01894-JLK-MJW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$19,466.37 IN UNITED STATES CURRENCY,

       Defendant.
_____

**FINAL ORDER OF FORFEITURE**
_____

       THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture, the Court having reviewed said Motion FINDS:

       THAT the United States commenced this action in rem pursuant to 21 U.S.C. §881;

       THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

       THAT sole claimant Brian J. Burt, through counsel Erik G. Fischer, Esq., has filed a Verified Notice of Claim and Answer to the Verified Complaint;

       THAT the United States and sole claimant Brian J. Burt through Erik Fischer, Esq., have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute;

       THAT no other claims to the defendant property have been filed;

       THAT upon agreement of the parties, claimant Brian J. Burt agrees to forfeit $14,000.00 of defendant $19,466.37 in United States Currency, which funds will be forfeited pursuant to 21 U.S.C. §881 and disposed of in accordance with law;

THAT upon agreement of the parties, the United States has agreed to return to claimant Brian J. Burt, the remaining $5,466.37 of defendant $19,466.37 in United States Currency;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. §881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT judgment of forfeiture of $14,000.00 of defendant $19,466.37 in United States Currency shall enter in favor of the United States; the United States shall have full and legal title to the forfeited $14,000.00, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all of defendant $19,466.37 in United States Currency pursuant to 28 U.S.C. §2465.

SO ORDERED this 2nd day of August, 2010.

BY THE COURT:

*s/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT JUDGE